Anna Przybylski, Plaintiff in Error, v. Eagle Brewing Company et al., Defendants in Error.

Gen. No. 22,987.    (Not to be reported in full.)

Error to the Circuit Court of Cook county; the Hon. THOMAS TAYLOR, JR., Judge, presiding. Heard in this court at the March term, 1917. Affirmed. Opinion filed July 2, 1917. Rehearing denied July 16, 1917.

### Statement of the Case.

Action by Anna Przybylski, plaintiff, against the Eagle Brewing Company, a corporation, and others (impleaded, etc.), defendants. This cause was consolidated for hearing with *Przybylski v. Remus, ante,* p. 106, which is decisive of this case.

HARRY A. BIOSSAT and NELS H. OLSON, for plaintiff in error.

S. S. WALKOWIAK and O. A. ARNSTON, for defendants in error; JAMES D. POWER, of counsel.

MR. PRESIDING JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 788*—*necessity of bill of exceptions.* Where there is no bill of exceptions, the court cannot review the record.

2. APPEAL AND ERROR, § 788*—*right to plaintiff in error to avail himself of bill of exceptions in another case.* A plaintiff in error in one case cannot avail himself of the bill of exceptions tendered by a plaintiff in error in another case.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.